## COWPENS MANUFACTURING COMPANY, Appellant, v. UNITED STATES of America, Appellee.

## COWPENS MILLS, Appellant, v. UNITED STATES of America, Appellee.

### Nos. 3686, 3687.

Circuit Court of Appeals, Fourth Circuit.

Oct. 8, 1935.

Leo Brady, of New York City (Barber, Fackenthal & Giddings, of New York City, Haynsworth & Haynsworth, of Greenville, S. C., and William H. Matthews, Jr., of New Work City, on the brief), for appellants.

James E. Murphy and Frank J. Ready, Jr., Sp. Assts. to the Atty. Gen. (Frank J. Wideman, Asst. Atty. Gen., Sewall Key, Sp. Asst. to the Atty. Gen., and Charles C. Wyche, U. S. Atty., and Oscar H. Doyle, Asst. U. S. Atty., both of Greenville, S. C., on the brief), for the United States.

Before PARKER, NORTHCOTT, and SOPER, Circuit Judges.

PARKER, Circuit Judge.

The appellants in these cases are in the same situation with respect to failure to enter exceptions in the course of the trial in the lower court as was the appellant in the cases of Pelham Mills v. United States (C. C. A.) 79 F.(2d) 552, this day decided; and for the reasons which we have given in those cases and in the case of Union Bleachery v. United States (C. C. A.) 79 F.(2d) 549, also decided this day, the judgments appealed from must be affirmed.

Affirmed.